### IVEY *v.* CABLE COMPANY.

·

HOLDEN, J. The evidence demanded a verdict in favor of the defendant, and the court did not err in directing the jury to find in its favor.
*Judgment affirmed. All the Justices concur.*
APRIL 14, 1911.

.Cancellation, etc. Before Judge Ellis. Fulton superior court. June 10, 1910. ·

*Lowndes Calhoun,* for plaintiff.

*Joseph W. & John D. Humphries,* for defendant.